**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2014 | 2230 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 10/2/2014 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date   10-2-14   Time  10:30 to 12:10 | 150.00 | 150.00 |
| 0 | original + 1 |  |  | 0.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 0 | courier |  | 11.00 | 0.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |
|  |  | Thanks for your business. |  |  |

Zakhia V. Trade Logistics

**Total**   $150.00

## A & M INTERPRETING AND TRANSLATING SERVICES
### Maria A. Marcillo
Federally Certified Court Interpreter

365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-5068
Cell Phone: 305 904.2575

April 21, 2014

J. Zidell

INVOICE
No. 3596

DATE OF SERVICE:   April 14, 2014

CASE:   Barbara El Cheikha Zakhi, Angela Yaritza Gomez et ai v. Trade Logistics Panama S.A. Inc. And Julia M. Batista

DESCRIPTION:   Interpreted during Settlement Conference

TERMS:   Net due upon receipt

| TIME | RATE | TOTAL |
|---|---|---|
| 3.5hs. | $45.00 | $157.50 |

Thank you for your business.

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
### Federally Certified Court Interpreter

365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-4599
Cell Phone: 305 904.2575

December 18, 2015

J. Zidell

**INVOICE**
**No. 3894**

| | |
|---|---|
| DATE OF SERVICE: | December 17, 2015 |
| CASE: | Julio Silva vs. Pro-Transport Inc. |
| DESCRIPTION: | Appearance |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2hr.(appearance) | $90.00 | $180.00 |

Thank you for your business.

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
Federally Certified Court Interpreter

365 N.E. 99th St.
Miami Shores, Fl.  33138
Phone/Fax 305-757-4599
Cell Phone: 305 904.2575

January 6, 2016

J. Zidell

**INVOICE**
**No. 3895**

| | |
|---|---|
| DATE OF SERVICE: | January 5, 2015 |
| CASE: | Zakhia et al v. Trade Logistics Panama SA., Inc. et al |
| DESCRIPTION: | Interpreted during evidentiary hearing before Judege Goodman. |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2 hrs. (minimum) | $100.00 | $200.00 |

Thank you for your business.

Miami Office:
Brickell City Tower, Suite 3100
80 SW 8th Street
Miami, Florida 33130
Tel: 305-810-2786; Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

Broward Facility:
515 E. Las Olas Blvd.
Suite 120
Fort Lauderdale, Florida 33301
Tel: 954-903-1240

# NEIL FLAXMAN, ESQ.
## Mediator
Florida Supreme Court Certified Circuit & Appellate Mediator
Certified Mediator United States District Court, Southern District

## STATEMENT FOR MEDIATION SERVICES

**Mediator:** Neil Flaxman, Esq.

**Date of Mediation:** December 4, 2015

**To:** J. H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141

**Style of Case:** Barbar El Cheikha Zakhia, et al. v. Trade Logistics Panama S.A., Inc., et al.

**Case/Claim No.:** Case No.: 14-CIV-20797

| | |
|---|---|
| Total Mediation Hours: | 2.0 hours (minimum) |
| Hourly Rate: | $375.00 |
| Total Amount Due: | $750.00 |
| Your Share: | $375.00 |

In accordance with applicable court rules enforcement of payment may be requested together with a reasonable attorney fee for such enforcement to the court wherein this matter is pending.

Federal Tax ID No.: 65-0294621

Please remit payment to Miami office.

# GRAYROBINSON

Attorneys At Law
Suite 1400
301 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

January 6, 2015
FILE # 352001 - 254

Invoice #    10501332
Re:    Zakhia, Barbar El Cheikha, et al. v. Trade Logistics Panama, S.A., Inc., et al.

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice. Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

| | |
|---|---|
| CURRENT FEES: | $ 400.00 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| CURRENT BALANCE DUE: | $ 400.00 |

0611    **REMITTANCE COPY**
**Please return this remittance copy with your payment for proper allocation.**
**PAYMENT IS DUE UPON RECEIPT**

**Professional Services:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/15 | MQ | Attend mediation. | 1.00 | $ 400.00 |

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Quintana, Marlene | 1.00 | $ 400.00 | $ 400.00 |
| Current Fees: | | | $ 400.00 |

**Disbursements:**

| Description | Amount |
|---|---|
| Current Disbursements | $0.00 |

| CRIMINAL ☐ | CIVIL ☒ | DATE ORDERED: 01-06-2016 | DATE DELIVERED: 01-15-2016 |

Case style: 14-CV-20797, Zakhia v Trade Logistics
Evidentiary Hearing held Magistrate Jonathan Goodman on January 5, 2016

**transcript sent upon receipt of payment**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 40 | 4.02 | 160.80 | | | | | | | 160.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| MISC. CHARGES: | |
|---|---|
| TOTAL: | 160.80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $160.80 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/GLENDA M. POWERS | DATE 01-07-2016 |

(All previous editions of this form are cancelled and should be destroyed)

---

**J. H. ZIDELL PA**
**BUSINESS OPERATING ACCOUNT**
300 71 ST. SUITE 605
MIAMI BEACH, FL 33141-3089

DATE 1/7/16

PAY TO THE ORDER OF: Glenda Powers    $ 160.80

One hundred sixty and 80/——— DOLLARS

Private Client Group

FOR Zakhia Transcript