AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Barbar El Cheikha Zakhia, et al.

v.

Trade Logistics Panama, S.A., Inc., et al.

Case No.: 14-20797-CIV-JG

## BILL OF COSTS

Judgment having been entered in the above entitled action on 7/21/16 against all Defendants, jointly and severally the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | $ 80.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $ 310.80 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. 1. Docket fees under 28 U.S.C. 1923/ for Printing | $ 75.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ 537.50 |
| Other costs (please itemize) | |
| **TOTAL** | **$ 1,403.30** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service   [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney: Rivkah Jaff, Esq.

Name of Attorney: [signature]

For: Plaintiffs    Date: 7/21/16

Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of $ 1,403.30 and included in the judgment.

By:

Clerk of Court        Deputy Clerk        Date

## Check

J. H. ZIDELL PA
BUSINESS OPERATING ACCOUNT
300 71 ST. SUITE 605
MIAMI BEACH, FL 33141-3089

DATE 1/7/16

PAY TO THE ORDER OF: Glenda Powers

$ 160.80

One Hundred Sixty 80/100 DOLLARS

Private Client Group

FOR: Zakhia Transcript

## Transcript Invoice

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 01-06-2016   DATE DELIVERED: 01-15-2016

Case Style: 14-CV-20797, Zakhia v Trade Logistics
Evidentiary Hearing held Magistrate Jonathan Goodman on January 5, 2016

**transcript sent upon receipt of payment**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 40 | 4.02 | 160.80 | | | | | | | 160.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 160.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $160.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s:/GLENDA M. POWERS   DATE: 01-07-2016

(All previous editions of this form are cancelled and should be destroyed)

**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2014 | 2230 |

| Bill To |
|---|
| Law Offices of JH Zidell |
| Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 10/2/2014 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date 10-2-14   Time 10:30 to 12:10 | 150.00 | 150.00 |
| 0 | original + 1 |  |  | 0.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 0 | courier |  | 11.00 | 0.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |
|  |  | Thanks for your business. |  |  |

Zakhia V. Trade Logistics

**Total** $150.00

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo

Federally Certified Court Interpreter

365 N.E. 99th St.

Miami Shores, Fl. 33138

Phone/Fax 305-757-5068

Cell Phone: 305 904.2575

April 21, 2014

J. Zidell

INVOICE
No. 3596

DATE OF SERVICE: April 14, 2014

CASE: Barbara El Cheikha Zakhi, Angela Yaritza Gomez et al v. Trade Logistics Panama S.A. Inc. And Julia M. Batista

DESCRIPTION: Interpreted during Settlement Conference

TERMS: Net due upon receipt

| TIME | RATE | TOTAL |
|---|---|---|
| 3.5hs. | $45.00 | $157.50 |

Thank you for your business.

## A & M INTERPRETING AND TRANSLATING SERVICES
### Maria A. Marcillo
Federally Certified Court Interpreter

365 N.E. 99ᵗʰ St.
Miami Shores, FL 33138
Phone/Fax 305-757-4599
Cell Phone: 305 904.2575

December 18, 2015

J. Zidell

**INVOICE**
No. 3894

| | |
|---|---|
| DATE OF SERVICE: | December 17, 2015 |
| CASE: | Julio Silva vs. Pro-Transport Inc. |
| DESCRIPTION: | Appearance |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2hr.(appearance) | $90.00 | $180.00 |

Thank you for your business.

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
Federally Certified Court Interpreter

365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-4599
Cell Phone: 305 904.2575

January 6, 2016

J. Zidell

**INVOICE**
No. 3895

| | |
|---|---|
| DATE OF SERVICE: | January 5, 2015 |
| CASE: | Zakhia et al v. Trade Logistics Panama SA.,Inc. et al |
| DESCRIPTION: | Interpreted during evidentiary hearing before Judge Goodman. |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2 hrs. (minimum) | $100.00 | $200.00 |

Thank you for your business.